## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| HILTON PLEIN, JANET PLEIN | § | |
| COLLEEN PLEIN AND MARC PLEIN, | § | FILED: JULY 1, 2008 |
| **Plaintiffs,** | § | 08CV3754 |
| | § | |
| VS. | § | JUDGE DOW JR |
| | § | MAGISTRATE JUDGE MASON |
| REID LOPATKA, | § | TG |
| **Defendant.** | § | |

### PLAINTIFFS' ORIGINAL COMPLAINT

Hilton Plein, Janet Plein, Colleen Plein and Marc Plein, Plaintiffs, file this complaint against Reid Lopatka, Defendant, and in support thereof state as follows:

### PARTIES

1.   Hilton Plein, his wife Janet Plein and his children Colleen Plein and Marc Plein all are individuals.  Plaintiffs live in Long Grove, Illinois and are citizens of the State of Illinois.

2.   Reid Lopatka is an individual.  He lives in Bristol, Wisconsin and is a citizen of the State of Wisconsin.

### JURISDICTION AND VENUE

3.   This action arises under the Anticybersquatting and Consumer Protection Act, 15 U.S.C. § 1125(d) and 15 U.S.C. § 1129(1)(A) and the Illinois Right of Publicity Act, 765 ILCS 1075/1 et seq.

4.   This court has jurisdiction pursuant to 28 U.S.C. § 1331 as this case arises under the laws of the United States, specifically 15 U.S.C. § 1129(1)(A).  This court has jurisdiction over the non-federal claims pursuant to 28 U.S.C. § 1367 as such claims are so related to

the claims over which this Court has original jurisdiction that they form part of the same case or controversy.

5.     Venue is proper in this court pursuant to 28 U.S.C. § 1391 as a substantial part of the events giving rise to the claim occurred in this district and were directed against the Plaintiffs in this district.

## FACTS

6.     Defendant is a former business associate of Plaintiff Hilton Plein.

7.     Plaintiffs Hilton Plein and Janet Plein are naturalized American citizens born and raised in South Africa.

8.     On or about February 1, 2007, Defendant registered the following domain names:

    a.     HILTONPLEIN.COM

    b.     HILTONPLEIN.NAME

    c.     HILTONRPLEIN.COM

    d.     JANETPLEIN.COM

    e.     JANETPLEIN.NAME

    f.     COLLEENPLEIN.COM

    g.     COLLEENPLEIN.NAME

    h.     MARCPLEIN.COM

    i.     MARCPLEIN.NAME

The above domain names shall be referred to as the Plein Domain Names.

9.     Each of the Plein Domain Names is registered through GoDaddy.com, Inc. with Defendant listed as the "Registrant" and "Administrative Contact." A copy of the

"WHOIS" registration search for each Plein Domain Name is attached as Exhibit A through I to this complaint and incorporated by reference herein.

10.  At the time the Plein Domain Names were registered by Defendant, none of the Plaintiffs were aware that their names had been registered as domain names controlled by the Defendant.

11.  None of the Plaintiffs gave permission to Defendant to register any of the Plein Domain Names that include or incorporate any portion of their rightful, legal names.

12.  Upon registration of the Plein Domain Names, the Defendant exercised control over the Plein Domain Names.  He created a website so that users of the Internet would be able to access the Plein Domain Names.

13.  All of the Plein Domain Names point to the domain name HILTONPLEIN.COM.  When a domain name points to another domain name it means that when an internet user types in the domain name, the user is automatically directed to the server hosting the domain name to which the pointer is directed.  The website then appears on the user's computer screen.

14.  The websites using the Plein Domain Names were available to anyone using the Internet worldwide.  The websites were able to be viewed in Illinois and, in fact, were viewed by Plaintiffs.

15.  In early April 2008, all of the Plein Domain Names pointed to the HILTONPLEIN.COM site that contained a webpage attached to this Complaint as Exhibit J entitled "The Dodo Bird" with a picture of a Dodo bird with the caption Smugfish.  It also contained the statement: "You can take the immigrant out of Africa, but you can't take the African out of the immigrant!"  Exhibit J is a screenshot of the website on April 13, 2008.

16.     In April, 2008, the HILTONPLEIN.COM site also contained a page, attached to this
Complaint as Exhibit K that stated, "The following domains are to be posted for auction
on an undisclosed auction site:    janetplein.com, janetplein.name, colleenplein.com,
colleenplein.name, marcplein.com, marcplein.name."    Exhibit K is a screenshot of the
website on April 18, 2008.

17.     In late April, 2008, the HILTONPLEIN.COM site contained a page, attached to this
Complaint as Exhibit L that stated, "The following domains are to be posted for public
auction on ebay in the very near future:    hiltonplein.com, hiltonplein.name,
hiltonrplein.com, janetplein.com, janetplein.name, colleenplein.com, colleenplein.name,
marcplein.com, marcplein.name."    Exhibit L is a screenshot of the website on April 30,
2008.

18.     On May 20, 2008, the website content was changed to read:    "The following domains are
currently listed on a european domain auction site: hiltonplein.com, hiltonplein.name,
hiltonrplein.com, janetplein.com, janetplein.name, colleenplein.com, colleenplein.name,
marcplein.com, marcplein.name."    Exhibit M is a screenshot of the website on May 29,
2009.

19.     On June 8, 2008, the website content was changed again this time to read: "The domains
previously listed on this site have been transferred to a new owner."    However, Defendant
is still listed as the Registrant and Administrative Contact.    Exhibit N is a screenshot of
the website on June 8, 2008.

20.     As of June 25, 2008, the photo of the Dodo bird was removed as well as the text.    The
only statement on the website is www.hiltonplein.com.    Exhibit O is a screenshot of the
website on June 25, 2008.

21.    Plaintiffs have not authorized Defendant to sell the Plein Domain Names to any party.

22.    Plaintiffs have never authorized Defendant to act as their agent with regards to acquiring or selling the Plein Domain Names.

23.    Plaintiffs have demanded that Defendant transfer ownership of the Plein Domain Names to the Plaintiffs but Defendant failed to respond to the demand letter and continued to make changes to the website as noted above.  A copy of the demand letter is attached as Exhibit P.

24.    As a result of Defendant's actions, Plaintiffs have been required to retain the services of an attorney and to file this lawsuit.

## COUNT I
## VIOLATION OF 15 U.S.C. § 1129

25.    Plaintiffs reallege and incorporate by reference the facts alleged in paragraphs 1-23 as if alleged herein.

26.    Defendant registered the Plein Domain Names with the intent to profit from such name by selling them to either the Plaintiffs or to any third party.

27.    This intent was specifically shown by the statements posted on the Plein Domain Name websites by Defendant that stated the Plein Domain Names "are to be posted for public auction on an undisclosed auction site" and later "are to be posted for public auction on ebay in the very near future."

28.    The Plein Domain Names incorporate and use the names of the Plaintiffs without the consent of Plaintiffs, with the specific intent to profit from such name by selling the domain name for financial gain either to Plaintiffs or any third party.

29.    The registration of a domain name that consists of the name of another living person, or a name substantially and confusingly similar thereto, without that person's consent, with

the specific intent to profit from such name by selling the domain name for financial gain either to the Plaintiffs or any third party is a violation of 15 USC § 1129.

30.     As a result of the violation of 15 USC § 1129, Plaintiffs are entitled to injunctive relief, including forfeiture or transfer of the Plein Domain Names to Plaintiffs, costs and attorneys' fees.

## COUNT II
## VIOLATION OF THE ANTI-CYBERSQUATTING ACT

31.     Plaintiffs reallege and incorporate by reference the facts alleged in paragraphs 1-23 as if alleged herein.

32.     Defendant at the time he acquired the Plein Domain Names knew that the Plein Domain Names were the names of the individual Plaintiffs.

33.     Defendant at the time he acquired the Plein Domain Names had no intention of using the Plein Domain Names for the offering of any bona fide goods or services.

34.     At the time Defendant acquired the Plein Domain Names, Defendant acquired multiple domain names with the intent to sell the domain names to Plaintiffs or other third parties.

35.     Defendant acquired and registered the Plein Domain Names in an effort to confuse and deceive the public and injure Plaintiffs.

36.     Defendant's actions are a violation of 15 U.S.C. § 1125 (d).

37.     As a result of Defendant's action, Plaintiffs are entitled to statutory damages, court costs and attorneys' fees.

38.     Because Defendant's actions were willful, Plaintiffs are entitled to 2 times the amount of statutory damages.

## COUNT III
## VIOLATION OF THE ILLINOIS RIGHT OF PUBLICITY ACT

39.    Plaintiffs reallege and incorporate by reference the facts alleged in paragraphs 1-23 as if alleged herein.

40.    Defendant by registering the Plein Domain Names, establishing a website using the Plein Domain Names and offering to sell the Plein Domain Names made public use of each of the Plaintiff's individual identities in connection with the offering for sale a product or services.

41.    Defendant's use of each of the Plaintiff's individual identities was for commercial purposes and is in violation of each of the Plaintiff's right of publicity.

42.    Defendant did not obtain previous written consent from Plaintiffs to use Plaintiffs' identities.

43.    Defendant's use of the Plaintiffs' individual identities for commercial purposes was willful.

44.    Defendant's action is a violation of the Illinois Right of Publicity Act, 765 ILCS 1075/1 et seq.

45.    Plaintiffs are entitled to statutory damages under the Illinois Right of Publicity Act, punitive damages, injunctive relief and reasonable attorneys' fees.

## PRAYER FOR RELIEF

Plaintiffs respectfully request that this Court enter judgment against Defendant as follows:

- Award Plaintiffs statutory damages under 15 U.S.C. § 1125(d) for each domain name and for each individual Plaintiff.

- Award Plaintiffs 2 times the statutory damages for Defendant's willful action.

- Order Defendants to transfer the Plein Domain Names to Plaintiffs.

- Award Plaintiffs' their attorneys' fees and court costs.

- Enter a permanent injunction enjoining Defendant from registering any domain name that uses the Plaintiffs' names.

Respectfully submitted,

Richard C. Balough
Attorney at Law
53 W. Jackson Blvd. Ste. 936
Chicago IL 60604
rbalough@balough.com
312.834.0400



**Start a domain search:** [ ] com ▾ GO!    ➧ Today's Offers **SALE**    24/7 Sales & Support: (480)505-8877

Go Daddy
The web
is your Domain!™

SAY NO to renewal increases!
Transfer your .COM, .NET,
or .ORG for only $6.99!*

$15.99 .TV SALE!
YOUR rich media
deserves a .TV!

CEO & Founder
**BOB PARSONS** ▸
Competitor "jumps the shark".
Increases all renewals to $35!
You'll be amazed who it is.

| Domains | Hosting & Servers | Site Builders | SSL Certificates | Business | Email | Domain Auctions | Reseller Plans |

# WHOIS
## Search Results for:

**Search Again**
Enter a Domain Name to Check

[ ] .com [ ] GO

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
Reid Lopatka
21318 121st St
Bristol, Wisconsin 53104
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: HILTONPLEIN.COM
Created on: 01-Feb-07
Expires on: 01-Feb-09
Last Updated on: 30-Jan-08

Administrative Contact:
Lopatka, Reid speak@thetilegeek.com
21318 121st St
Bristol, Wisconsin 53104
United States
(262) 862-9990 Fax — (262) 862-9991

Technical Contact:
Lopatka, Reid speak@thetilegeek.com
21318 121st St
Bristol, Wisconsin 53104
United States
(262) 862-9990 Fax — (262) 862-9991

Domain servers in listed order:
NS47.DOMAINCONTROL.COM
NS48.DOMAINCONTROL.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

Report Invalid Whois

See Underlying Registry Data

**Available TLDs**

| | |
|---|---|
| HILTONPLEIN.NET | $9.99/yr |
| HILTONPLEIN.ORG | $9.99/yr |
| HILTONPLEIN.INFO | $0.99/yr SAVE! |
| HILTONPLEIN.BIZ | $14.99/yr |
| HILTONPLEIN.US | $8.99/yr SAVE! |

**You might also consider:**

| | |
|---|---|
| HILTONPLEINSITE.COM | $9.99/yr |
| SITEHILTONPLEIN.COM | $9.99/yr |
| HILTONPLEINONLINE. NET | $9.99/yr |
| ONLINEHILTONPLEIN. NET | $9.99/yr |
| HILTONPLEINSTORE.ORG | $9.99/yr |
| STOREHILTONPLEIN.ORG | $9.99/yr |
| HILTONPLEINNOW.INFO | $0.99/yr SAVE! |
| NOWHILTONPLEIN.INFO | $0.99/yr SAVE! |
| HILTONPLEINBLOG.BIZ | $14.99/yr |
| BLOGHILTONPLEIN.BIZ | $14.99/yr |
| HILTONPLEINSHOP.US | $8.99/yr SAVE! |
| SHOPHILTONPLEIN.US | $8.99/yr SAVE! |
| HILTONPLEINTODAY. NAME | $14.99/yr |

**Interested in this
domain name?**
Let our Domain Buy Service
help you get it.

**$1.99 Domain Names**
Register a domain name
for only $1.99 with each
new, non-domain product.

**World-Class Web Hosting**
Fast, secure, reliable hosting
featuring 99.9% uptime, free setup,
24/7 support & more!

**Safe, Personalized Email**



Start a domain search:   com   GO!   ▶ Today's Offers   SALE   24/7 Sales & Support


Go Daddy
The web is your Domain!

SAY NO to renewal increases!
Transfer your .COM, .NET,
or .ORG for only $6.99!*

$15.99 .TV SALE!
YOUR rich media deserves a .TV!

CEO & Founder
BOB PARSONS
Competitor "jumps the shark".
Increases all renewals to $35!
You'll be amazed who it is.





| Domains | Hosting & Servers | Site Builders | SSL Certificates | Business | Email | Domain Auctions | Reseller Plans |

## WHOIS
### Search Results for:

Search Again
☑ Enter a Domain Name to Check
[          ] .com [ GO ]

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
Reid Lopatka
21318 121st St
Bristol, Wisconsin 53104
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: HILTONPLEIN.NAME
Created on: 01-Feb-07
Expires on: 01-Feb-09
Last Updated on: 30-Jan-08

Administrative Contact:
Lopatka, Reid speak@thetilegeek.com
21318 121st St
Bristol, Wisconsin 53104
United States
(262) 862-9990 Fax – (262) 862-9991

Technical Contact:
Lopatka, Reid speak@thetilegeek.com
21318 121st St
Bristol, Wisconsin 53104
United States
(262) 862-9990 Fax – (262) 862-9991

Domain servers in listed order:
NS35.DOMAINCONTROL.COM
NS36.DOMAINCONTROL.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

Report Invalid Whois

See Underlying Registry Data

**Available TLDs**

| HILTONPLEIN.NET | $9.99/yr |
| HILTONPLEIN.ORG | $9.99/yr |
| HILTONPLEIN.INFO | $0.99/yr SAVE! |
| HILTONPLEIN.BIZ | $14.99/yr |
| HILTONPLEIN.US | $8.99/yr SAVE! |

**You might also consider:**

| HILTONPLEINSITE.COM | $9.99/yr |
| SITEHILTONPLEIN.COM | $9.99/yr |
| HILTONPLEINONLINE. NET | $9.99/yr |
| ONLINEHILTONPLEIN. NET | $9.99/yr |
| HILTONPLEINSTORE.ORG | $9.99/yr |
| STOREHILTONPLEIN.ORG | $9.99/yr |
| HILTONPLEINNOW.INFO | $0.99/yr SAVE! |
| NOWHILTONPLEIN.INFO | $0.99/yr SAVE! |
| HILTONPLEINBLOG.BIZ | $14.99/yr |
| BLOGHILTONPLEIN.BIZ | $14.99/yr |
| HILTONPLEINSHOP.US | $8.99/yr SAVE! |
| SHOPHILTONPLEIN.US | $8.99/yr SAVE! |
| HILTONPLEINTODAY. NAME | $14.99/yr |

**Interested in this
domain name?**
Let our Domain Buy Service
help you get it.

**$1.99 Domain Names**
Register a domain name
for only $1.99 with each
new, non-domain product.

**World-Class Web Hosting**
Fast, secure, reliable hosting
featuring 99.9% uptime, free setup,
24/7 support & more!

**Safe, Personalized Email**

   

Start a domain search: [ ] com GO!  » Today's Offers SALE  24/7 Sales & Support

**Domains | Hosting & Servers | Site Builders | SSL Certificates | Business | Email | Domain Auctions | Reseller Plans**

# WHOIS
Search Results for:

**Search Again**
Enter a Domain Name to Check
[ ] .com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while many believe by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Reid Lopatka
21318 121st St
Bristol, Wisconsin 53104
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: HILTONRPLEIN.COM
Created on: 01-Mar-07
Expires on: 01-Mar-09
Last Updated on: 06-Mar-08

Administrative Contact:
Lopatka, Reid speak@thetilegeek.com
21318 121st St
Bristol, Wisconsin 53104
United States
(262) 862-9990 Fax -- (262) 862-9991

Technical Contact:
Lopatka, Reid speak@thetilegeek.com
21318 121st St
Bristol, Wisconsin 53104
United States
(262) 862-9990 Fax -- (262) 862-9991

Domain servers in listed order:
NS13.DOMAINCONTROL.COM
NS14.DOMAINCONTROL.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

Report Invalid Whois

See Underlying Registry Data

**Available TLDs**

| | |
|---|---|
| HILTONRPLEIN.NET | $9.99/yr |
| HILTONRPLEIN.ORG | $9.99/yr |
| HILTONRPLEIN.INFO | $0.99/yr SAVE! |
| HILTONRPLEIN.BIZ | $14.99/yr |
| HILTONRPLEIN.US | $8.99/yr SAVE! |
| HILTONRPLEIN.NAME | $14.99/yr |

**You might also consider:**

| | |
|---|---|
| HILTONRPLEINSITE.COM | $9.99/yr |
| SITEHILTONRPLEIN.COM | $9.99/yr |
| HILTONRPLEINONLINE.NET | $9.99/yr |
| ONLINEHILTONRPLEIN.NET | $9.99/yr |
| HILTONRPLEINSTORE.ORG | $9.99/yr |
| STOREHILTONRPLEIN.ORG | $9.99/yr |
| HILTONRPLEINNOW.INFO | $0.99/yr SAVE! |
| NOWHILTONRPLEIN.INFO | $0.99/yr SAVE! |
| HILTONRPLEINBLOG.BIZ | $14.99/yr |
| BLOGHILTONRPLEIN.BIZ | $14.99/yr |
| HILTONRPLEINSHOP.US | $8.99/yr SAVE! |
| SHOPHILTONRPLEIN.US | $8.99/yr SAVE! |
| HILTONRPLEINTODAY.NAME | $14.99/yr |

**Interested in this domain name?**
Let our Domain Buy Service help you get it.

**$1.99 Domain Names**
Register a domain name for only $1.99 with each new, non-domain product.

**World-Class Web Hosting**
Fast, secure, reliable hosting featuring 99.9% uptime, free setup, 24/7 support & more!

Start a domain search: [    ] com [GO!]    » Today's Offers  SALE    24/7 Sales & Support: (480)505-8877

Go Daddy
The web
is your Domain!™

SAY NO to renewal increases!
Transfer your .COM, .NET,
or .ORG for only $6.99!*

$15.99 .TV SALE!
YOUR rich media
deserves a .TV!

CEO & Founder
BOB PARSONS
Competitor "jumps the shark".
Increases all renewals to $35!
You'll be amazed who it is.

| Domains | Hosting & Servers | Site Builders | SSL Certificates | Business | Email | Domain Auctions | Reseller Plans |

# WHOIS
## Search Results for:

**Search Again**
Enter a Domain Name to Check
[            ] .com  [GO]

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be accurate, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
Reid Lopatka
21318 121st St
Bristol, Wisconsin 53104
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: JANETPLEIN.COM
Created on: 01-Feb-07
Expires on: 01-Feb-09
Last Updated on: 13-Feb-08

Administrative Contact:
Lopatka, Reid speak@thetilegeek.com
21318 121st St
Bristol, Wisconsin 53104
United States
(262) 862-9990 Fax — (262) 862-9991

Technical Contact:
Lopatka, Reid speak@thetilegeek.com
21318 121st St
Bristol, Wisconsin 53104
United States
(262) 862-9990 Fax — (262) 862-9991

Domain servers in listed order:
NS47.DOMAINCONTROL.COM
NS48.DOMAINCONTROL.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

Report Invalid Whois

See Underlying Registry Data

**Available TLDs**

| | |
|---|---|
| JANETPLEIN.NET | $9.99/yr |
| JANETPLEIN.ORG | $9.99/yr |
| JANETPLEIN.INFO | $0.99/yr SAVE! |
| JANETPLEIN.BIZ | $14.99/yr |
| JANETPLEIN.US | $8.99/yr SAVE! |

**You might also consider:**

| | |
|---|---|
| JANETPLEINSITE.COM | $9.99/yr |
| SITEJANETPLEIN.COM | $9.99/yr |
| JANETPLEINONLINE.NET | $9.99/yr |
| ONLINEJANETPLEIN.NET | $9.99/yr |
| JANETPLEINSTORE.ORG | $9.99/yr |
| STOREJANETPLEIN.ORG | $9.99/yr |
| JANETPLEINNOW.INFO | $0.99/yr SAVE! |
| NOWJANETPLEIN.INFO | $0.99/yr SAVE! |
| JANETPLEINBLOG.BIZ | $14.99/yr |
| BLOGJANETPLEIN.BIZ | $14.99/yr |
| JANETPLEINSHOP.US | $8.99/yr SAVE! |
| SHOPJANETPLEIN.US | $8.99/yr SAVE! |
| JANETPLEINTODAY.NAME | $14.99/yr |

**Interested in this
domain name?**
Let our Domain Buy Service
help you get it.

**$1.99 Domain Names**
Register a domain name
for only $1.99 with each
new, non-domain product.

**World-Class Web Hosting**
Fast, secure, reliable hosting
featuring 99.9% uptime, free setup,
24/7 support & more!

**Safe, Personalized Email**

EXHIBIT E

 Go Daddy — The web is your Domain!™



Start a domain search: [        ] com [GO!]    » Today's Offers SALE    24/7 Sales & Support: (480)505-8877

SAY NO to renewal increases! Transfer your .COM, .NET, or .ORG for only $6.99!*

$15.99 .TV SALE! YOUR rich media deserves a .TV!

 CEO & Founder BOB PARSONS
Competitor "jumps the shark". Increases all renewals to $35! You'll be amazed who it is.

| Domains | Hosting & Servers | Site Builders | SSL Certificates | Business | Email | Domain Auctions | Reseller Plans |

## WHOIS
### Search Results for:

**Search Again**
Enter a Domain Name to Check
[        ] .com [        ] GO

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
Reid Lopatka
21318 121st St
Bristol, Wisconsin 53104
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: JANETPLEIN.NAME
Created on: 01-Feb-07
Expires on: 01-Feb-09
Last Updated on: 14-Feb-08

Administrative Contact:
Lopatka, Reid speak@thetilegeek.com
21318 121st St
Bristol, Wisconsin 53104
United States
(262) 862-9990 Fax -- (262) 862-9991

Technical Contact:
Lopatka, Reid speak@thetilegeek.com
21318 121st St
Bristol, Wisconsin 53104
United States
(262) 862-9990 Fax -- (262) 862-9991

Domain servers in listed order:
NS35.DOMAINCONTROL.COM
NS36.DOMAINCONTROL.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

Report Invalid Whois

See Underlying Registry Data

**Available TLDs**

| | |
|---|---|
| JANETPLEIN.NET | $9.99/yr |
| JANETPLEIN.ORG | $9.99/yr |
| JANETPLEIN.INFO | $0.99/yr SAVE! |
| JANETPLEIN.BIZ | $14.99/yr |
| JANETPLEIN.US | $8.99/yr SAVE! |

**You might also consider:**

| | |
|---|---|
| JANETPLEINSITE.COM | $9.99/yr |
| SITEJANETPLEIN.COM | $9.99/yr |
| JANETPLEINONLINE.NET | $9.99/yr |
| ONLINEJANETPLEIN.NET | $9.99/yr |
| JANETPLEINSTORE.ORG | $9.99/yr |
| STOREJANETPLEIN.ORG | $9.99/yr |
| JANETPLEINNOW.INFO | $0.99/yr SAVE! |
| NOWJANETPLEIN.INFO | $0.99/yr SAVE! |
| JANETPLEINBLOG.BIZ | $14.99/yr |
| BLOGJANETPLEIN.BIZ | $14.99/yr |
| JANETPLEINSHOP.US | $8.99/yr SAVE! |
| SHOPJANETPLEIN.US | $8.99/yr SAVE! |
| JANETPLEINTODAY.NAME | $14.99/yr |

**Interested in this domain name?**
Let our Domain Buy Service help you get it.

**$1.99 Domain Names**
Register a domain name for only $1.99 with each new, non-domain product.

**World-Class Web Hosting**
Fast, secure, reliable hosting featuring 99.9% uptime, free setup, 24/7 support & more!

**Safe, Personalized Email**



EXHIBIT
F

Start a domain search: [_____] com [GO!]   ▶ Today's Offers [SALE]    24/7 Sales & Su


Go Daddy
The web
is your Domain!™


SAY NO to renewal increases!
Transfer your .COM, .NET,
or .ORG for only $6.99!*


$15.99 .TV SALE!
YOUR rich media
deserves a .TV!

CEO & Founder
BOB PARSONS ▶
Competitor "jumps the shark".
Increases all renewals to $35!
You'll be amazed who it is.

Domains | Hosting & Servers | Site Builders | SSL Certificates | Business | Email | Domain Auctions | Reseller Plans

# WHOIS
Search Results for:

**Search Again**
Enter a Domain Name to Check
[_____] .com [ ] [GO]

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
Reid Lopatka
21318 121st St
Bristol, Wisconsin 53104
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: COLLEENPLEIN.COM
Created on: 01-Feb-07
Expires on: 01-Feb-09
Last Updated on: 13-Feb-08

Administrative Contact:
Lopatka, Reid speak@thetilegeek.com
21318 121st St
Bristol, Wisconsin 53104
United States
(262) 862-9990 Fax -- (262) 862-9991

Technical Contact:
Lopatka, Reid speak@thetilegeek.com
21318 121st St
Bristol, Wisconsin 53104
United States
(262) 862-9990 Fax -- (262) 862-9991

Domain servers in listed order:
NS35.DOMAINCONTROL.COM
NS36.DOMAINCONTROL.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

Report Invalid Whois

See Underlying Registry Data

**Available TLDs**

| COLLEENPLEIN.NET | $9.99/yr |
| COLLEENPLEIN.ORG | $9.99/yr |
| COLLEENPLEIN.INFO | $0.99/yr SAVE! |
| COLLEENPLEIN.BIZ | $14.99/yr |
| COLLEENPLEIN.US | $8.99/yr SAVE! |

**You might also consider:**

| COLLEENPLEINSITE.COM | $9.99/yr |
| SITECOLLEENPLEIN.COM | $9.99/yr |
| COLLEENPLEINONLINE.NET | $9.99/yr |
| ONLINECOLLEENPLEIN.NET | $9.99/yr |
| COLLEENPLEINSTORE.ORG | $9.99/yr |
| STORECOLLEENPLEIN.ORG | $9.99/yr |
| COLLEENPLEINNOW.INFO | $0.99/yr SAVE! |
| NOWCOLLEENPLEIN.INFO | $0.99/yr SAVE! |
| COLLEENPLEINBLOG.BIZ | $14.99/yr |
| BLOGCOLLEENPLEIN.BIZ | $14.99/yr |
| COLLEENPLEINSHOP.US | $8.99/yr SAVE! |
| SHOPCOLLEENPLEIN.US | $8.99/yr SAVE! |
| COLLEENPLEINTODAY.NAME | $14.99/yr |

**Interested in this domain name?**
Let our Domain Buy Service
help you get it.

**$1.99 Domain Names**
Register a domain name
for only $1.99 with each
new, non-domain product.

**World-Class Web Hosting**
Fast, secure, reliable hosting
featuring 99.9% uptime, free setup,
24/7 support & more!

**Safe, Personalized Email**



EXHIBIT
G

| Start a domain search: | com | GO! | ⇒ Today's Offers | SALE | 24/7 Sales & Support: (480)505-8877 |

 Go Daddy
The web is your Domain!™

SAY NO to renewal increases!
Transfer your .COM, .NET,
or .ORG for only $6.99!*



$15.99 .TV SALE!
YOUR rich media
deserves a .TV

CEO & Founder
BOB PARSONS ▶
Competitor "jumps the shark".
Increases all renewals to $35!
You'll be amazed who it is.

| Domains | Hosting & Servers | Site Builders | SSL Certificates | Business | Email | Domain Auctions | Reseller Plans |

# WHOIS
## Search Results for:

**Search Again**
Enter a Domain Name to Check
[                    ] .com    GO

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.


Registrant:
Reid Lopatka
21318 121st St
Bristol, Wisconsin 53104
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: COLLEENPLEIN.NAME
Created on: 01-Feb-07
Expires on: 01-Feb-09
Last Updated on: 14-Feb-08

Administrative Contact:
Lopatka, Reid speak@thetilegeek.com
21318 121st St
Bristol, Wisconsin 53104
United States
(262) 862-9990 Fax -- (262) 862-9991

Technical Contact:
Lopatka, Reid speak@thetilegeek.com
21318 121st St
Bristol, Wisconsin 53104
United States
(262) 862-9990 Fax -- (262) 862-9991

Domain servers in listed order:
NS35.DOMAINCONTROL.COM
NS36.DOMAINCONTROL.COM


Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

Report Invalid Whois

See Underlying Registry Data

**Available TLDs**

| COLLEENPLEIN.NET | $9.99/yr |
| COLLEENPLEIN.ORG | $9.99/yr |
| COLLEENPLEIN.INFO | $0.99/yr SAVE! |
| COLLEENPLEIN.BIZ | $14.99/yr |
| COLLEENPLEIN.US | $8.99/yr SAVE! |

**You might also consider:**

| COLLEENPLEINSITE.COM | $9.99/yr |
| SITECOLLEENPLEIN.COM | $9.99/yr |
| COLLEENPLEINONLINE. NET | $9.99/yr |
| ONLINECOLLEENPLEIN. NET | $9.99/yr |
| COLLEENPLEINSTORE. ORG | $9.99/yr |
| STORECOLLEENPLEIN. ORG | $9.99/yr |
| COLLEENPLEINNOW.INFO | $0.99/yr SAVE! |
| NOWCOLLEENPLEIN.INFO | $0.99/yr SAVE! |
| COLLEENPLEINBLOG.BIZ | $14.99/yr |
| BLOGCOLLEENPLEIN.BIZ | $14.99/yr |
| COLLEENPLEINSHOP.US | $8.99/yr SAVE! |
| SHOPCOLLEENPLEIN.US | $8.99/yr SAVE! |
| COLLEENPLEINTODAY. NAME | $14.99/yr |

**Interested in this
domain name?**
Let our Domain Buy Service
help you get it.

**$1.99 Domain Names**
Register a domain name
for only $1.99 with each
new, non-domain product.

**World-Class Web Hosting**
Fast, secure, reliable hosting
featuring 99.9% uptime, free setup,
24/7 support & more!

**Safe, Personalized Email**

  

**Start a domain search:** [        ] com ▾ GO!   » Today's Offers SALE   24/7 Sales & Support: (480)505-8877

SAY NO to renewal increases! Transfer your .COM, .NET, or .ORG for only $6.99!*

$15.99 .TV SALE! YOUR rich media deserves a .TV!

CEO & Founder BOB PARSONS ▸ Competitor "jumps the shark". Increases all renewals to $35! You'll be amazed who it is.

| Domains | Hosting & Servers | Site Builders | SSL Certificates | Business | Email | Domain Auctions | Reseller Plans |

# WHOIS
Search Results for:

**Search Again**
Enter a Domain Name to Check
[                ] .com [  ] GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Reid Lopatka
21318 121st St
Bristol, Wisconsin 53104
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: MARCPLEIN.COM
Created on: 01-Feb-07
Expires on: 01-Feb-09
Last Updated on: 13-Feb-08

Administrative Contact:
Lopatka, Reid speak@thetilegeek.com
21318 121st St
Bristol, Wisconsin 53104
United States
(262) 862-9990 Fax -- (262) 862-9991

Technical Contact:
Lopatka, Reid speak@thetilegeek.com
21318 121st St
Bristol, Wisconsin 53104
United States
(262) 862-9990 Fax -- (262) 862-9991

Domain servers in listed order:
NS35.DOMAINCONTROL.COM
NS36.DOMAINCONTROL.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

Report Invalid Whois

See Underlying Registry Data

**Available TLDs**

| MARCPLEIN.NET | $9.99/yr |
| MARCPLEIN.ORG | $9.99/yr |
| MARCPLEIN.INFO | $0.99/yr SAVE! |
| MARCPLEIN.BIZ | $14.99/yr |
| MARCPLEIN.US | $8.99/yr SAVE! |

**You might also consider:**

| MARCPLEINSITE.COM | $9.99/yr |
| SITEMARCPLEIN.COM | $9.99/yr |
| MARCPLEINONLINE.NET | $9.99/yr |
| ONLINEMARCPLEIN.NET | $9.99/yr |
| MARCPLEINSTORE.ORG | $9.99/yr |
| STOREMARCPLEIN.ORG | $9.99/yr |
| MARCPLEINNOW.INFO | $0.99/yr SAVE! |
| NOWMARCPLEIN.INFO | $0.99/yr SAVE! |
| MARCPLEINBLOG.BIZ | $14.99/yr |
| BLOGMARCPLEIN.BIZ | $14.99/yr |
| MARCPLEINSHOP.US | $8.99/yr SAVE! |
| SHOPMARCPLEIN.US | $8.99/yr SAVE! |
| MARCPLEINTODAY.NAME | $14.99/yr |

**Interested in this domain name?**
Let our Domain Buy Service help you get it.

**$1.99 Domain Names**
Register a domain name for only $1.99 with each new, non-domain product.

**World-Class Web Hosting**
Fast, secure, reliable hosting featuring 99.9% uptime, free setup, 24/7 support & more!

**Safe, Personalized Email**

http://who.godaddy.com/WhoIs.aspx?domain=marcplein.com&prog_id=godaddy          7/1/2008

Start a domain search: [          ] com [GO!]    » Today's Offers  SALE    24/7 Sales & Sup...


GoDaddy
The web is your Domain!™

SAY NO to renewal increases!
Transfer your .COM, .NET, or .ORG for only $6.99!*

$15.99 .TV SALE!
YOUR rich media deserves a .TV!


CEO & Founder
BOB PARSONS ►
Competitor "jumps the shark". Increases all renewals to $35! You'll be amazed who it is.

| Domains | Hosting & Servers | Site Builders | SSL Certificates | Business | Email | Domain Auctions | Reseller Plans |

# WHOIS
## Search Results for:

**Search Again**
Enter a Domain Name to Check
[                    ] .com  [GO]

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Reid Lopatka
21318 121st St
Bristol, Wisconsin 53104
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: MARCPLEIN.NAME
Created on: 01-Feb-07
Expires on: 01-Feb-09
Last Updated on: 14-Feb-08

Administrative Contact:
Lopatka, Reid speak@thetilegeek.com
21318 121st St
Bristol, Wisconsin 53104
United States
(262) 862-9990 Fax -- (262) 862-9991

Technical Contact:
Lopatka, Reid speak@thetilegeek.com
21318 121st St
Bristol, Wisconsin 53104
United States
(262) 862-9990 Fax -- (262) 862-9991

Domain servers in listed order:
NS35.DOMAINCONTROL.COM
NS36.DOMAINCONTROL.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

Report Invalid Whois

See Underlying Registry Data

**Available TLDs**

| | |
|---|---|
| MARCPLEIN.NET | $9.99/yr |
| MARCPLEIN.ORG | $9.99/yr |
| MARCPLEIN.INFO | $0.99/yr SAVE! |
| MARCPLEIN.BIZ | $14.99/yr |
| MARCPLEIN.US | $8.99/yr SAVE! |

**You might also consider:**

| | |
|---|---|
| MARCPLEINSITE.COM | $9.99/yr |
| SITEMARCPLEIN.COM | $9.99/yr |
| MARCPLEINONLINE.NET | $9.99/yr |
| ONLINEMARCPLEIN.NET | $9.99/yr |
| MARCPLEINSTORE.ORG | $9.99/yr |
| STOREMARCPLEIN.ORG | $9.99/yr |
| MARCPLEINNOW.INFO | $0.99/yr SAVE! |
| NOWMARCPLEIN.INFO | $0.99/yr SAVE! |
| MARCPLEINBLOG.BIZ | $14.99/yr |
| BLOGMARCPLEIN.BIZ | $14.99/yr |
| MARCPLEINSHOP.US | $8.99/yr SAVE! |
| SHOPMARCPLEIN.US | $8.99/yr SAVE! |
| MARCPLEINTODAY.NAME | $14.99/yr |

**Interested in this domain name?**
Let our Domain Buy Service help you get it.

**$1.99 Domain Names**
Register a domain name for only $1.99 with each new, non-domain product.

**World-Class Web Hosting**
Fast, secure, reliable hosting featuring 99.9% uptime, free setup, 24/7 support & more!

**Safe, Personalized Email**



This is a free Starter Web Page courtesy of GoDaddy.com, Inc..

# The Dodo Bird

**www.hiltonplein.com**



You can take the immigrant out of Africa, but you can't take the African out of the immigrant!

**Smugfish**

**Email us at:**
**Visit us at:**



**Find a domain name:**

www. _____ .com    GO

**Domain Names – $9.99*/yr**
**Risk-Free Transfers – $6.99***

*Plus ICANN fee of 20 cents per domain name year.

:: Web Hosting   :: Web Site Builders   :: SSL Certificates   :: Email Accounts



**This is a free Starter Web Page courtesy of GoDaddy.com, Inc..**



## www.hiltonplein.com

The following domains are to be posted for auction on an
undisclosed auction site:
janetplein.com
janetplein.name
colleenplein.com
colleenplein.name
marcplein.com
marcplein.name

**A tribute to the poor
forgotten Dodo bird**

**Email us at:**
**Visit us at:**



**Find a domain name:**
**www.** .com  GO

**Domain Names - $9.99*/yr**
**Risk-Free Transfers - $6.99***
*Plus ICANN fee of 20 cents per domain name year.

:: Web Hosting  :: Web Site Builders  :: SSL Certificates  :: Email Accounts

**This is a free Starter Web Page courtesy of GoDaddy.com, Inc..**

**www.hiltonplein.com**

The following domains are to be posted for public auction on ebay in the very near future:
hiltonplein.com
hiltonplein.name
hiltonrplein.com
janetplein.com
janetplein.name
colleenplein.com
colleenplein.name
marcplein.com
marcplein.name

**The Dodo bird**

**Email us at:**
**Visit us at:**

 **Find a domain name:**
**www.**                .com          **GO**

**Domain Names ~ $9.99*/yr**
**Risk-Free Transfers ~ $6.99***
*Plus ICANN fee of 20 cents per domain name year.

:: Web Hosting   :: Web Site Builders   :: SSL Certificates   :: Email Accounts



**This is a free Starter Web Page courtesy of GoDaddy.com, Inc..**



**www.hiltonplein.com**

The following domains are currently listed on a european domain
auction site:
hiltonplein.com
hiltonplein.name
hiltonplein.com
janetplein.com
janetplein.name
colleenplein.com
colleenplein.name
marcplein.com
marcplein.name

**Email us at:**
**Visit us at:**



**Find a domain name:**
www.              .com                60.

☐ Domain Names            **$9.99*/yr**
Risk-Free Transfers       **$6.99***

*Plus ICANN fee of 20 cents per domain name year.

:: Web Hosting   :: Web Site Builders   :: SSL Certificates   :: Email Accounts



This is a free Starter Web Page courtesy of GoDaddy.com, Inc..

**www.hiltonplein.com**



The domains previously listed on this site have been transferred to a new owner.

**Email us at:**
**Visit us at:**



**Find a domain name:**
www.    .com   **GO**

Domain Names $9.99*/yr
$6.99*

*Plus ICANN fee of 20 cents per domain name year.

:: Web Hosting   :: Web Site Builders   :: SSL Certificates   :: Email Accounts



**This is a free Starter Web Page courtesy of GoDaddy.com, Inc..**

**www.hiltonplein.com**

**Email us at:**
**Visit us at:**



**Find a domain name:**
www.  .com  ░░ **GO**

**Domain Names** $9.99*/yr

**Web Host Licenses** $6.99*

*Plus ICANN fee of 20 cents per domain name year.

:: Web Hosting    :: Web Site Builders    :: SSL Certificates    :: Email Accounts



R I C H A R D   C .   B A L O U G H

A T T O R N E Y   A T   L A W

---

4 June 2008


Mr. Reid Lopatka
21318 121st St.
Bristol WI 53104

Certified Mail No. 7004 2510 0001 9530 1969

     Re:    Violations of Anti-Cybersquatting Act

Dear Mr. Lopatka:

I represent Hilton Plein, his wife Janet Plein, and children Colleen Plein and Marc Plein.  In violation of federal law, you have registered the following domain names that use my clients' given names:

      Hiltonplein.com
      Hiltonplein.name
      Hiltonrplein.com
      janetplein.com
      janetplein.name
      colleenplein.com
      colleenplein.name
      marcplein.com
      marcplein.name

You have no legitimate legal interest in any of the above domain names.  These domain names incorporate the names of my clients:  Hilton Plein, Janet Plein, Colleen Plein and Marc Plein.  Recently, you have offered the domain names for sale and you are not using the domain names for any legitimate commercial purposes.  The domain name hiltonplein.com is currently used as a marketing tool to sell it and the other domain names which you have pointed to the www.hiltonplein.com site.  Your registration of these domain names was in bad faith.  You are in violation of the federal Anti-Cybersquatting and Consumer Protection Act.  Violation of this Act can result in penalties being assessed against you in the amount of up to $100,000 per domain name, or a total of $900,000 plus court costs and attorneys' fees.

My clients hereby demand that you immediately transfer all ownership of the domain names to them at no cost.  If the transfer is not made within ten (10) business days of this letter, my clients will take all necessary legal action to obtain the domain names from you and to seek the

maximum penalties that the court will allow.  Once the domain names are transferred, you shall not attempt to register any domain names that are similar to my clients' names.

Sincerely,

Richard C. Balough

cc:     Clients