## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Hilton Plein et al v. Reid Lopatka | FILED: JULY 1, 2008<br>08CV3754<br>JUDGE DOW JR<br>MAGISTRATE JUDGE MASON<br>TG |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Hilton Plein, Janet Plein, Colleen Plein and Marc Plein, Plaintiffs

| | |
|---|---|
| NAME (Type or print)<br>Richard C.    Balough | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ rcb/ | |
| FIRM<br>Richard C. Balough, Attorney at Law | |
| STREET ADDRESS<br>53 W. Jackson Blvd. Ste. 936 | |
| CITY/STATE/ZIP<br>Chicago IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>Ill. Reg. 0104612 | TELEPHONE NUMBER<br>312.834.0400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |