UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **HILTON PLEIN, JANET PLEIN** § | | **NO. 08 CV 3754** |
| **COLLEEN PLEIN AND MARC PLEIN,** § | | |
| Plaintiffs, § | | **JUDGE DOW JR.** |
| § | | |
| VS. § | | **MAGISTRATE MASON** |
| § | | |
| **REID LOPATKA,** § | | |
| Defendant. § | | |

## NOTICE OF MOTION

TO:  Mr. Reid Lopatka
21318 121st St.
Bristol WI 53104


Please Take Notice that on August 28, 2008 at 9:15 a.m., I will appear before the Honorable Judge Robert M. Dow Jr., or any judge sitting in his stead, at the Dirksen Federal Building, 219 S. Dearborn St., Courtroom 1919, Chicago Illinois and present Plaintiffs' Motion to Dismiss, a copy of which has been served upon you.


_____/rcb/_____
Richard C. Balough
Attorney at Law
53 W. Jackson Blvd. Ste. 936
Chicago IL 60604
rbalough@balough.com
312.834.0400