UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Hilton Plein, et al.

                    Plaintiff,

v.                                      Case No.: 1:08−cv−03754
                                          Honorable Robert M. Dow Jr.

Reid Lopatka

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 25, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: MOTION by Plaintiffs Hilton Plein, Janet Plein, Colleen Plein, Marc Plein to dismiss [7] case is granted and case is dismissed pursuant to Fed.R. Civ. P. 41(a)(1). Status hearing date of 9/11/08 is stricken. Notice of Motion date of 8/28/08 is stricken and no appearances are necessary on that date. Civil case terminated. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.